AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | ) |
|---|---|
| Crushaun Hundley | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 20-cv-6150 |
| Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20 | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Correction Officer A. Frunzi, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Crushaun Hundley <br><br> *Plaintiff(s)* <br> v. <br> Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20 <br><br> *Defendant(s)* | Civil Action No. 20-cv-6150 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Correction Officer C. May, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Crushaun Hundley <br><br> *Plaintiff(s)* <br> v. <br> Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20 <br><br> *Defendant(s)* | Civil Action No. 20-cv-6150 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Correction Officer R. Snyder, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

Crushaun Hundley

*Plaintiff(s)*

v. Civil Action No. 20-cv-6150

Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Correction Officer B. O'Rourke, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Crushaun Hundley <br><br> *Plaintiff(s)* <br> v. <br> Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20 <br><br> *Defendant(s)* | Civil Action No. 20-cv-6150 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sergeant T. Mallare, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| Crushaun Hundley <br><br> *Plaintiff(s)* <br> v. <br> Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20 <br><br> *Defendant(s)* | Civil Action No. 20-cv-6150 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Captain Carroll, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Crushaun Hundley <br><br> *Plaintiff(s)* <br> v. <br> Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20 <br><br> *Defendant(s)* | Civil Action No. 20-cv-6150 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Correction Nurse Lesley, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Crushaun Hundley <br><br> *Plaintiff(s)* <br> v. <br> Correction Officer A. Frunzi, Correction Officer C. May, Correction Officer R. Snyder, Correction Officer B. O'Rourke, Sergeant T. Mallare, Captain Carroll, Correction Nurse Lesley, and Correction Officers John Doe ##1-20 <br><br> *Defendant(s)* | Civil Action No. 20-cv-6150 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Correction Officers John Doe ##1-20, c/o Elmira Correctional Facility, 1879 Davis Street, Elmira, New York 14901-0500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/13/2020

*Signature of Clerk or Deputy Clerk*