UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CRUSHAUN HUNDLEY,

                Plaintiff,            VERDICT SHEET

-vs-

                                          20-CV-6150

ARCHIE FRUNZI, COREY MAY, and
THOMAS MALLARE,

                Defendants.

---

1. Did any of the defendants violate the constitutional rights of the plaintiff, Crushaun Hundley, by subjecting him to the use of excessive force?

    a) Archie Frunzi    YES \_\_\_\_\_    NO **X**

    b) Corey May    YES \_\_\_\_\_    NO **X**

    c) Thomas Mallare    YES \_\_\_\_\_    NO **X**

    If you answered "YES" to any portion of Question #1, proceed to Question # 4. If you answered "NO" to each portion of Question #1, proceed to Question #2.

2. Did any of the defendants violate the constitutional rights of the plaintiff, Crushaun Hundley, by subjecting him to retaliation?

    a) Archie Frunzi    YES **X**    NO \_\_\_\_\_

    b) Corey May    YES **X**    NO \_\_\_\_\_

    c) Thomas Mallare    YES **X**    NO \_\_\_\_\_

    If you answer "YES" to any portion of Question #2, proceed to Question #3. If you answered "NO" to each portion of Questions #1 and #2, **STOP AND REPORT YOUR VERDICT.**

3. As to his his retaliation claim did the plaintiff, Crushaun Hundley, suffer any compensatory damages that were proximately caused by any of the defendants?

   YES _X_   NO ____

   If you answered "YES" to Question #3, proceed to Question #4. If you answered "NO" to Question #3, proceed to Question #5.

4. As to his excessive force claim and/or his retaliation claim, what dollar amount of compensatory damages did the plaintiff suffer?

   $ _20,000_

   Proceed to Question #6.

5. If you have answered "YES" to any portion of Question #2, but "NO" to Question #3, you are required to enter an award of nominal damages in an amount not exceeding one dollar ($1.00).

   $ _N/A_

   Proceed to Question #6.

6. As to his excessive force claim and/or his retaliation claim, is the plaintiff, Crushaun Hundley, entitled to punitive damages against any of the defendants?

   a) Archie Frunzi      YES _X_ NO ____   AMOUNT $20,000
   b) Corey May          YES _X_ NO ____   AMOUNT $20,000
   c) Thomas Mallare     YES _X_ NO ____   AMOUNT $40,000

   **STOP AND REPORT YOUR VERDICT**

   I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: Rochester, New York
       March _09_, 2023         **Foreperson Name Redacted**