Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

CRUSHAUN HUNDLEY,

              v.          Plaintiff,

CORRECTION OFFICER A. FRUNZI,
CORRECTION OFFICER C. MAY,
CORRECTION OFFICER, R. SNYDER,
CORRECTION OFFICER B. O'ROURKE,
SERGEANT T. MALLARE, CAPTAIN CARROLL,
CORRECTION NURSE LESLEY, and
CORRECTION OFFICERS JOHN DOE ##1,
                            Defendants.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-6150

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in of the favor of the Plaintiff. Compensatory damages awarded to Plaintiff, Crushaun Hundley, in the amount of $20,000.00. Punitive damages awarded in the amount of $20,000.00 from Defendant Archie Frunzi, $20,000.00 from Defendant Corey May, and $40,000.00 from Defendant Thomas Mallare.

Date: March 10, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
     Deputy Clerk