UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CRUSHAUN HUNDLEY,

                        Plaintiff,

vs.

A. FRUNZI, Correction Officer, et al.,

                        Defendant.

MOTION SCHEDULING ORDER

Case No. 6:20-CV-06150 CJS

---

Defendants having filed a post-trial Motion for Judgment as a Matter of Law and Other Relief (ECF No. 61), it is hereby

ORDERED, that Plaintiff shall file and serve any response by May 19, 2023; and it is further

ORDERED, that Defendants shall file and serve any reply by June 2, 2023; and it is further

ORDERED, that oral argument will be held before the undersigned on July 13, 2023, at 2:00 p.m., United States Courthouse, 100 State Street, Rochester, NY 14614.

SO ORDERED.

Dated: Rochester, New York
       May 1, 2023

                                  ENTER:

                                  */s/ Charles J. Siragusa*
                                  CHARLES J. SIRAGUSA
                                  United States District Judge